IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**UNITED STATES OF AMERICA**

v.                                         CRIMINAL NO. 1:18-00136

**TYQUON FREEMAN**
**TYKEEM FREEMAN**

## MEMORANDUM OPINION AND ORDER

Before the court are defendants' motions to continue. ECF Nos. 28, 29. The government provided its standard discovery responses to defense counsel on July 16, 2018 and the deadline for pretrial motions to be filed is two weeks later, on July 30, 2018. Counsel for Tyquon Freeman requests a 30-day continuance to allow defense counsel to fully review the discovery and properly prepare for the pretrial motions hearing, which is currently scheduled for August 6, 2018. ECF No. 28. Thereafter, counsel for Tykeem Freeman joined Tyquon Freeman's motion. ECF No. 29. The government does not object to the proposed continuance. ECF No. 28.

The court believes that failure to grant the requested continuance would likely prejudice defense counsels' ability to effectively represent the defendants. Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh

the best interest of both defendants and the public in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).  In deciding to grant defendants' motions, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv).

Deeming it proper to do so, the court **GRANTS** defendants' motions to continue.

Accordingly, the court **ORDERS** as follows:

I. Trial of this action is continued until **Tuesday, October 2, 2018, at 9:30 a.m.**, in Bluefield;

II. Pretrial motions are to be filed on or before **Thursday, August 23, 2018**;

III. A pretrial motions hearing is scheduled for **Thursday, August 30, 2018 at 1:30 p.m.,** in Charleston;

IV. Proposed voir dire questions, proposed jury instructions, and prospective witness lists are to be filed on or before **Tuesday, September 25, 2018**; and

V. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of defendant's motions until the trial is excludable for purposes of the Speedy Trial Act.[1]

---

[1] The court notes that, for purposes of determining compliance with the Speedy Trial Act, "in cases involving multiple defendants only one speedy trial clock, beginning on the date of the commencement of the speedy trial clock of the most recently added defendant, need be calculated under 18 U.S.C. § 3161(h)(7)." United States v. Piteo, 726 F.2d 50, 52 (2d Cir. 1983); see also United States v. Walker, Nos. 95-5914, 96-4247,

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 1st day of August, 2018.

>
> ENTER:
>
> *David A. Faber*
> David A. Faber
> Senior United States District Judge

---

96-4110, 1997 WL 358770, *3 (4th Cir. June 30, 1997) (quoting Piteo).